IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID BAILEY                                                                                    PLAINTIFF

v.                                          No. 3:25-cv-39-DPM

SOCIAL SECURITY
ADMINISTRATION,
Commissioner                                                                                DEFENDANT

## ORDER

The parties agree that Bailey is entitled to an award of attorney's fees. Bailey's motion, *Doc. 13*, is therefore granted as modified. The hours billed and agreed fee are reasonable. The Court awards $5,744.84 as an attorney's fee. 28 U.S.C. § 2412(d). The check must be made payable to Bailey. And it should be mailed to Bailey's lawyer.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 October 2025